UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 888 |
| | ) | Hon. James B. Zagel |
| ROD BLAGOJEVICH, et al. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

The United States of America, by Zachary T. Fardon, Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515, hereby responds to the defendant's motion to supplement the record on appeal, and states as follows:

1. On January 7, 2014, defendant Rod Blagojevich filed a motion to supplement the record on appeal in this case with 52 transcripts of excerpts of certain recorded conversations intercepted by the government pursuant to court-authorized wiretaps. R. 1206-1211.

2. The transcripts were prepared and provided to the Court by the defendant in support of his request that excerpts of certain wiretap recordings be received in evidence and published to the jury during the second trial. Tr. 3287-88.[1] Five of the proffered excerpts (transcripts labeled on defendant's Index as "Tabs" 1, 45, 46, 51, and 52, and referred to at trial at Defense Call 1-5) were admitted in evidence and published to the jury. *See* R. 1206; Tr. 3807, 3944, 4074, 4550, and 4562. Defendant withdrew his request to introduce one of the recordings (labeled

---

[1] References to "Tr." are to the transcripts of the second trial.

"Tab 43" on defendant's Index). Tr. 3738. The remaining recordings were excluded by the Court on evidentiary grounds, mostly with conditional rulings which defendant chose not to revisit.

3. The government has not reviewed for accuracy those transcripts that were not presented to the jury.

4. The government agrees to the defendant's motion to supplement the record on appeal with the transcripts of recordings which defendant sought to introduce during the second trial in this case, and the defendant's Index of those recordings, and requests that the record on appeal be further supplemented with the defendant's motion and this response. The transcripts attached as exhibits to the defendant's motion have been filed under seal and should be kept under seal because they transcribe or summarize conversations which were intercepted pursuant to court order, and have never been publicly disclosed under 18 U.S.C. § 2517(3), and therefore they are entitled to protection under Title III.

        Respectfully submitted,

        ZACHARY T. FARDON
        Attorney for the United States,

By:   /s/Debra Riggs Bonamici
      DEBRA RIGGS BONAMICI
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-3741

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

was served on January 10, 2014, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        Respectfully submitted,
        ZACHARY T. FARDON
        Attorney for the United States,

By:   /s/Debra Riggs Bonamici
        DEBRA RIGGS BONAMICI
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-3741